**Nancy VITOLO, individually, and on behalf of other members of the general public similarly situated, Plaintiff–Appellant,**

v.

**BLOOMINGDALE'S, INC., an Ohio corporation, Defendant–Appellee.**

No. 14–56706

United States Court of Appeals, Ninth Circuit.

Argued and Submitted October 6, 2016 Pasadena, California

Filed October 24, 2016

---

Monica Balderrama, G. Arthur Meneses, Esquire, Initiative Legal Group APC, Glenn A. Danas, Attorney, Capstone Law APC, Los Angeles, CA, for Plaintiff–Appellant.

John S. Curtis, Esquire, Attorney, Law Offices of Julia Azrael, North Hollywood, CA, David E. Martin, Senior Counsel, Catherine Sison, Senior Counsel, Macy's, Inc., Bridgeton, MO, for Defendant–Appellee.

Before: PREGERSON, NOONAN, and PAEZ, Circuit Judges.

MEMORANDUM *

We vacate the district court's judgment and remand to the district court for further proceedings in light of the California Supreme Court's decision in *Iskanian v. CLS Transportation Los Angeles, LLC*, 59 Cal.4th 348, 173 Cal.Rptr.3d 289, 327 P.3d 129 (2014), the Ninth Circuit's decision in *Sakkab v. Luxottica Retail North America, Inc.*, 803 F.3d 425 (9th Cir. 2015), and the California Court of Appeal's decision in *Perez v. U–Haul Co. of California*, 3 Cal. App.5th 408, 207 Cal.Rptr.3d 605 (2016).

**VACATED AND REMANDED.**

The parties shall bear their own costs on appeal.

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.